## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO

## EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN STEPHENSON & AKILAH WRIGHT, ET AL. | : | Case No. 2:16-cv-01029 |
| | : | |
| | : | Judge Algenon Marbley |
| Plaintiffs, | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| v. | : | |
| | : | **DISMISSAL WITH PREJUDICE** |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

| | | |
|---|---|---|
| TIFFANY CONN, | : | Case No. 2:17-CV-00824 |
| | : | |
| Plaintiff, | : | Judge Algenon Marbley |
| | : | |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | **DISMISSAL WITH PREJUDICE** |
| | : | |
| | : | |
| Defendants. | : | |

:

---

JADE LICHTENBERGER,                    :      Case No. 2:17-CV-00825

                                       :

             Plaintiff,                :      Judge Algenon Marbley

                                       :

v.                                     :      Magistrate Judge Elizabeth Preston Deavers

                                       :

FOOD CONCEPTS                          :      **DISMISSAL WITH PREJUDICE**
INTERNATIONAL, LP, et al.,
                                       :

                                       :

             Defendants.               :

                                       :

---

BRITTANY STONE,                        :      Case No. 2:17-CV-00824

                                       :

             Plaintiff,                :      Judge Algenon Marbley

                                       :

v.                                     :      Magistrate Judge Elizabeth Preston Deavers

                                       :

FOOD CONCEPTS                          :      **DISMISSAL WITH PREJUDICE**
INTERNATIONAL, LP, et al.,
                                       :

                                       :

             Defendants.               :

**DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Carmen Stephenson, Akilah

Wright, Tiffany Conn, Jade Lichtenberger and Brittany Stone, by their undersigned counsel,

hereby dismiss their cases with prejudice. The Court reserves jurisdiction to the extent necessary

to enforce the parties' settlement agreement.

Respectfully submitted ,

/s/ Wesley T. Fortune_____

Wesley T. Fortune  (Sup. Ct. # 0085397)
4417 Carroll Southern Road
Carroll, Ohio 43112
Telephone: (614) 218-9745
Facsimile: (614) 569-0100
E-Mail:  *wfortune@wtflegal.com*
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2018, I e-mailed the above document to Defendants'
counsel identified herein:
Faith C. Whittaker and Susan H. Jackson, Dinsmore & Shohl LLP, 225 East Fifth Street, Suite
1900, Cincinnati, OH 45202,
Janay Stevens, Dinsmore & Shohl LLP, 191 W. Nationwide Blvd., Suite 300, Columbus, OH
43215
Faith.whittaker@dinsmore.com; janay.stevens@dinsmore.com; susan.jackson@dinsmore.com,
Attorneys for Defendants.

*/s/ Wesley T. Fortune*
Wesley T. Fortune